Case 1:11-cr-00186-JLT-BAM   Document 5   Filed 06/02/11   Page 1 of 2

```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | KIMBERLY A. SANCHEZ
   | Assistant U.S. Attorneys
 3 | 4401 Federal Building
   | 2500 Tulare Street
 4 | Fresno, California 93721
   | Telephone: (559) 497-4000
```



SEALED FILED

JUN 0 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11 CR 00186 LJO |
| Plaintiff, ) | EX PARTE MOTION TO SEAL |
| ) | INDICTMENT PURSUANT |
| v. ) | TO RULE 6(e), FEDERAL |
| ) | FEDERAL RULES OF |
| JUAN HERRERA, ET AL., ) | CRIMINAL PROCEDURE |
| Defendants. ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 2, 2011, charging the above defendants with a violation of Title 21, United States Code, §§ 846, 841(a)(1)- Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine and other charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings

1

1  of the Indictment or any warrants issued pursuant thereto, except
2  when necessary for the issuance and execution of the warrants.
3  DATED: June 2, 2011                    Respectfully submitted,
4                                         BENJAMIN B. WAGNER
                                          United States Attorney
5
                                          By /s/ Kimberly A. Sanchez
6                                             KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney
7
8  IT IS SO ORDERED this ___ day of June, 2011
9
10                                        _____
                                          U.S. Magistrate Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28