1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4077

**FILED**

JUN 07 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, ) 1:11-CR-00186 LJO
                              )
12 |           Plaintiff,      ) ORDER TO UNSEAL INDICTMENT AND
                              ) WARRANT OF ARREST
13 |      v.                   )
                              )
14 |                           )
                              )
15 | JUAN HERRERA,              )
     RAFAEL VELASCO, AND        )
     FELIPE GUTIERREZ           )
16 |                           )
                DEFENDANTS.    )

19      The indictment and warrant of arrest in this case, having been
20 sealed by Order of this Court, pursuant to Rule 6(e) of the Federal
21 Rules of Criminal Procedure, and it appearing that it no longer
22 need remain secret, it is HEREBY ORDERED that the indictment and
23 warrant be unsealed and made public record.

25 Dated: June 7, 2011

                                         /s/ Sheila K. Oberto
                                         U.S. Magistrate Judge

1