BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00186 LJO |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| v. | |
| JUAN HERRERA, AKA "JOKER," RAFAEL VELASCO, AKA "B STREET GUERRO," AND FELIPE GUTIERREZ, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dan Koukol, attorney for defendant Herrera, Erin J. Radiken, attorney for defendant Velasco, and Toni Carbone, attorney for defendant Guteirrez to move for the status conference currently set for July 1, 2011 to be continued to August 5, 2011 at 10:00 a.m.
    Counsel have conferred, and counsel for defendants believe that additional time beyond July 1, 2011 will be necessary to review

1

1  discovery.  The government will be providing over 222 investigation
2  reports, wiretap affidavits and associated documents for nine (9)
3  different applications, audio and data from each of the court-
4  authorized wiretaps, and miscellaneous additional discovery, a large
5  majority of which will be sent during the week of June 20, 2011
6  (pursuant to F.R.Crim.P. 16 and local rule 400, on June 15, 2011
7  discovery was ordered to be produced on or before June 29, 2011 .
8  Additionally, counsel have coordinated their schedules, and all
9  counsel agree that August 5, 2011 is the first date upon which all
10 counsel are available.
11      Counsel agree that the time between the signing of the requested
12 order and August 5, 2011 will be excluded from the speedy trial
13 calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) in that the
14 defendants' and the public's interest in a speedy trial are
15 outweighed by the interests of justice in permitting counsel adequate
16 time to review the voluminous discovery in order to determine whether
17 they would like to request the Court to set a motion schedule or some
18 additional proceeding and for continuity of counsel such that all
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

defendants' counsel may appear.  Moreover, the parties agree that due to the nature of the prosecution and the amount of discovery resulting from the investigation involving multiple wiretaps, pursuant to 18 U.S.C. §3161(h)(7)(B), the case is complex, and it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. §3161.

Dated: June 23, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                    By   /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: June 23, 2011                     /s/ Dan Koukol
                                        DAN KOUKOL
                                        Attorney for Juan Herrera

Dated: June 23, 2011                     /s/ Erin J. Radiken
                                        ERIN J. RADIKEN
                                        Attorney for Rafael Velasco

Dated: June 23, 2011                     /s/ Toni Carbone
                                        TONI CARBONE
                                        Attorney for Felipe Gutierrez

GOOD CAUSE EXISTS FOR THE REQUESTED CONTINUANCE TO BE GRANTED. TIME IS EXCLUDED FOR THE REASONS AGREED TO IN THE STIPULATION. IT IS SO ORDERED.

**Dated:   June 23, 2011**                 /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

3