BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. 1:11-cr-00186 LJO |
|             ) | |
|              Plaintiff,   ) | STIPULATION AND ORDER FOR |
|             ) | CONTINUANCE AND MOTION SCHEDULE |
| v.    ) | |
|             ) | |
| JUAN HERRERA,    ) | |
|   AKA "JOKER,"    ) | |
| RAFAEL VELASCO,    ) | |
|   AKA "B STREET GUERRO," AND    ) | |
| FELIPE GUTIERREZ,    ) | |
|             ) | |
|              Defendants.    ) | |

     IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dan Koukol, attorney for defendant Herrera, Erin J. Radiken, attorney for defendant Velasco, and Toni Carbone, attorney for defendant Guteirrez to move for the status conference currently set for December 5, 2011 to be continued to March 12, 2012 at 1:00 p.m.

     Counsel have conferred, and counsel for defendants believe that additional time beyond December 5, 2011 will be necessary to review discovery, conduct further investigation, and engage in further plea

1

1  negotiations as plea offers have been extended to all but 1
2  defendant.
3      Counsel have conferred, and further stipulate to and request
4  that the Court order the following motion schedule:
5      Motions to be filed on or before: January 30, 2012
6      Responses to be filed on or before: February 27, 2012
7      Replies to be filed on or before: March 5, 2012
8      Motion hearing/status conference: March 12, 2012 at 1:00 p.m.
9  The parties further stipulate and agree that should any party request
10 an evidentiary hearing on any motion, the party will indicate such
11 request in his/her pleading after consulting with the other parties
12 as to their availability and whether there is any opposition to such
13 a request.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1	Counsel agree that the time between the signing of the requested
2	order and March 12, 2012 will be excluded from the speedy trial
3	calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) in that the
4	defendants' and the public's interest in a speedy trial are
5	outweighed by the interests of justice in permitting counsel adequate
6	time to prepare for motions, and further action in the case, conduct
7	additional investigation, engage in further plea negotiations, and
8	for continuity of counsel such that all defendants' counsel may
9	appear.  Moreover, the parties previously agreed that due to the
10	nature of the prosecution and the amount of discovery resulting from
11	the investigation involving multiple wiretaps, pursuant to 18 U.S.C.
12	§3161(h)(7)(B), the case is complex.

Dated: November 23, 2011		Respectfully submitted,

					BENJAMIN B. WAGNER
					United States Attorney

				By	/s/ Kimberly A. Sanchez
					KIMBERLY A. SANCHEZ
					Assistant U.S. Attorney

Dated: November 23, 2011		/s/ Dan Koukol
					DAN KOUKOL
					Attorney for Juan Herrera

Dated: November 23, 2011		/s/ Erin J. Radiken
					ERIN J. RADIKEN
					Attorney for Rafael Velasco

Dated: November 23, 2011		/s/ Toni Carbone
					TONI CARBONE
					Attorney for Felipe Gutierrez

IT IS SO ORDERED.

**Dated:   November 23, 2011**		/s/ Lawrence J. O'Neill
					UNITED STATES DISTRICT JUDGE

3