**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RAFAEL VELASCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL VELASCO, et al.<br><br>Defendants. | 1:11-CR-00186 LJO SKO<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING AND STATUS CONFERENCE |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Kimberly Sanchez; defendant, Juan Herrera, by and through his counsel, Dan Koukel; and defendant, Rafael Velasco, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for motion hearing and status conference, June 18, 2012, in the above-captioned matter, and to continue the motion hearing and status conference to September 4, 2012 at 1:00 p.m. in the courtroom of United States Magistrate Judge Sheila K. Oberto.

Further, counsel have conferred and further stipulate to and request that the Court order the following briefing schedule:

| | |
|---|---|
| Motions to be filed on or before: | July 18, 2012 |
| Responses to be filed on or before: | August 20, 2012 |
| Replies to be filed on or before: | August 27, 2012 |

Counsel have conferred and this continuance is requested to allow defense counsel additional time to further review discovery with the defendants, investigate possible defenses and to continue exploring the facts of the case. Counsel have been impeded in motion preparation due to the large amount of discovery as well as the press of other business. Recent e-mails have foreshadowed additional discovery. In addition, despite valiant efforts counsel have not been able set up a convenient date to view the evidence in this matter. Several dates have been suggested and all are problematic. For all of the aforementioned reasons, it is respectfully requested that the motion hearing date in this matter be continued. The Court is advised that Ms. Sanchez and Mr. Koukol concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 4, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial. Moreover, the parties previously agreed that due to the nature of the prosecution and the amount of discovery resulting from the investigation involving multiple wiretaps, pursuant to 18 U.S.C. §3161(h)(7)(B), the case is complex.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: April 30, 2012         BENJAMIN WAGNER
                              United States Attorney

                              By:     /s/ Erin J. Radekin for
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney

Dated: April 30, 2012                /s/ Erin J. Radekin  for
                              DAN KOUKOL
                              Attorney for Defendant
                              JUAN HERRERA

/ / /

/ /

2

Dated: April 30, 2012                                        /s/ Erin J. Radekin
                                                             ERIN J. RADEKIN
                                                             Attorney for Defendant
                                                             RAFAEL VELASCO

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the motion hearing/status conference date of June 18, 2012, is VACATED and the above-captioned matter is set for motion hearing/status conference on September 4, 2012, at 1:00 p.m.  Further, the parties shall adhere to the following briefing schedule:

| | |
|---|---|
| Motions to be filed on or before: | July 18, 2012 |
| Responses to be filed on or before: | August 20, 2012 |
| Replies to be filed on or before: | August 27, 2012 |

The Court finds excludable time in this matter through September 4, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  The Court further finds that this case is complex.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 1, 2012**                                     /s/ Sheila K. Oberto
                                                             UNITED STATES MAGISTRATE JUDGE

3