BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>              Plaintiff,          )<br>                                  )<br>v.                                )<br>                                  )<br>JUAN HERRERA,                     )<br>  AKA "JOKER,"                    )<br>RAFAEL VELASCO,                   )<br>  AKA "B STREET GUERRO," AND      )<br>                                  )<br>              Defendants.         )<br>                                  )<br>                                  )<br>_____ ) | CASE NO. 1:11-CR-00186 LJO<br><br>STIPULATION AND ORDER FOR<br>EXTENSION OF TIME TO FILE<br>MOTIONS AND RESPONSES THERETO |

    IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dan Koukol, attorney for defendant Herrera, and Erin J. Radiken, attorney for defendant Velasco, to extend the time to file motions from May 2, 2013 to May 16, 2013 with no request to change any other filing deadlines.  The hearing on the motions is set for June 18, 2013, and there is no request to continue that hearing date.
    Counsel have conferred, and believe that the additional time

will assist the parties in ascertaining whether an agreement to resolve the matter may be reached.

```
Dated: May 6, 2013                  Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    By   /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

Dated: May 6, 2013                   /s/ Dan Koukol
                                     DAN KOUKOL
                                     Attorney for Juan Herrera

Dated: May 6, 2013                   /s/ Erin J. Radiken
                                     ERIN J. RADIKEN
                                     Attorney for Rafael Velasco
```

IT IS SO ORDERED.

**Dated:   May 6, 2013**              **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE