ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RAFAEL VELASCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:11-CR-00186 LJO |
|---|---|---|
| | ) | STIPULATION AND ORDER |
| Plaintiff, | ) | TO CONTINUE SENTENCING |
| | ) | AND MODIFY SCHEDULE OF DISCLOSURE |
| v. | ) | |
| | ) | |
| RAFAEL VELASCO, et al. | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Kimberly Sanchez and defendant, Rafael Velasco, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing in the above-captioned matter, November 18, 2013, at 11:00 a.m., and to continue judgment and sentencing to December 16, 2013 at 11:00 a.m. in the courtroom of the Honorable Lawrence J. O'Neill.

In addition, the parties stipulate to the following modification to the schedule of disclosure:

| | |
|---|---|
| Informal objections to the pre-sentence report | November 25, 2013 |
| Final pre-sentence report | December 2, 2013 |
| Motion for correction of the pre-sentence report | December 9, 2013 |

Counsel and the United States Probation Officer assigned to this matter, Ross Micheli, have conferred and this continuance is requested to allow the defense to complete its investigation into matters pertinent to the factors under 18 U.S.C. § 3553(a). Under the plea agreement, the defense is permitted to argue for a sentence as low as 12 years. The Court has appointed mitigation expert, M.E. Greenberg, and a psychologist, Richard A. Blak, to assist Ms. Radekin with such investigation. Ms. Greenberg, with the assistance of the paralegal appointed in this matter, Corby Eden, has already interviewed multiple witnesses, and Ms. Radekin has forwarded records to Mr. Blak so that he can begin the evaluation process. Mr. Blak needs additional time, however, to interview Mr. Velasco and complete his evaluation, and Ms. Greenberg also needs additional time to complete all interviews of witnesses and prepare her social history report. The Court is advised that Ms. Sanchez and Mr. Micheli have no opposition to the proposed dates set forth above, and Ms. Sanchez has authorized Ms. Radekin to sign this stipulation on her behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

**IT IS SO STIPULATED**

Dated: October 23, 2013        BENJAMIN WAGNER
                               United States Attorney

                               By:  /s/ Erin J. Radekin for
                                    KIMBERLY SANCHEZ
                                    Assistant United States Attorney

Dated: October 23, 2013             /s/ Erin J. Radekin
                                    ERIN J. RADEKIN
                                    Attorney for Defendant
                                    RAFAEL VELASCO

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, November 18, 2013, at 11:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on December 16, 2013 at 11:00 a.m. in the courtroom of the Honorable Lawrence J. O'Neill.

IT IS FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Informal objections to the pre-sentence report | November 25, 2013 |
| Final pre-sentence report | December 2, 2013 |
| Motion for correction of the pre-sentence report | December 9, 2013 |

IT IS SO ORDERED.

Dated:   **October 25, 2013**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE