UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:11-CR-00186-2- JLT |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| vs. | |
| RAFAEL VELASCO, | |
| Defendant. | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. John A. Meyer is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to January 20, 2022. substituting the Federal Defenders Office appointed per G.O. 595. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **January 21, 2022**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE