UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RAFAEL VELASCO,<br><br>   Defendant. | Case No.  1:11-CR-00186-JLT<br><br>ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S PENDING MOTION FOR COMPASSIONATE RELASE |

      Defendant Rafael Velasco was sentenced by this Court on January 6, 2014 to a term of 168 months imprisonment.  (Docs. 82, 83.)  On June 8, 2021, Defendant filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A).  (Doc. 87.)

      The Court appointed counsel to assist Defendant with this motion on January 24, 2022. (Doc. 93.)  Shortly thereafter, the originally appointed counsel was replaced.  (Docs. 94, 95.)  Per informal communications with court staff, a proposed briefing schedule was expected in June 2022.  However, none has been received.

      Therefore, the Court imposes the following briefing schedule:  Defendant's appointed counsel shall have 30 days from the date of this order to file a supplement to defendant's *pro se* motion <u>or</u> to notify the Court and the government it does not intend to file a supplement. Thereafter, absent further order from the Court amending the deadlines, the government shall

have 30 days from the date of the FDO's filing to file an opposition to defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government.

IT IS SO ORDERED.

Dated: __**December 19, 2022**__

UNITED STATES DISTRICT JUDGE