UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:11-CR-00186-JLT |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY THE PENDING MOTION SHOULD NOT BE ADDRESSED ON THE CURRENT RECORD |
| RAFAEL VELASCO, | |
| Defendant. | |

Defendant Rafael Velasco was sentenced by this Court on January 6, 2014 to a term of 168 months imprisonment.  (Docs. 82, 83.)  On June 8, 2021, Defendant filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A).  (Doc. 87.)

The Court appointed counsel to assist Defendant with this motion on January 24, 2022.  (Doc. 93.)  Shortly thereafter, the originally appointed counsel was replaced.  (Docs. 94, 95.)  Per informal communications with court staff, a proposed briefing schedule was expected in June 2022.  However, none was received.  Therefore, the Court imposed a briefing schedule requiring defense counsel, within 30 days of December 19, 2022, to file a supplement to defendant's *pro se* motion <u>or</u> to notify the Court and the government it does not intend to file a supplement.  No filing was received.

In March 2023, the Court was informed via email that defense counsel was "waiting for

1

updated medical records" and would inform the Court when such records were expected such that an amended briefing schedule could be set. The Court has again not received the anticipated update and is concerned about additional delays regarding a motion that has now been pending for nearly two years, particularly as it is unclear to the Court how the updated records would impact the pending motion for compassionate release.

As such, the parties are **ORDERED** to file a joint status update **no later than April 18, 2023** addressing whether a supplement to the motion for compassionate release is forthcoming and, and, if so:

1. When the supplement is anticipated, and
2. What counsel believes such a supplement will accomplish.

The parties are further **ORDERED** to submit all future status updates on the docket.

IT IS SO ORDERED.

Dated:   **April 14, 2023**

UNITED STATES DISTRICT JUDGE