UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL VELASCO,<br><br>Defendant. | Case No. 1:11-CR-00186-JLT<br><br>ORDER THAT THE PENDING MOTION BE ADDRESSED ON THE CURRENT RECORD |

On April 17, 2023, the Court ordered the parties to show cause why the pending motion for compassionate release should not be addressed on the current record. (Doc. 97.) The procedural facts of this case are laid out in that order. The Order to Show Cause required the parties to file a joint status update addressing when the Court should expect a supplement to Defendant's *pro se* motion and what counsel believes such a supplement will accomplish. The response filed by the government on April 18, 2023, was not jointly prepared and answered neither of the Court's questions. As such, the Court finds that the failure to respond to the Court's repeated efforts to move this case forward for the last year—as well as the failure to properly respond to the Order to Show Cause—constitutes an admission that an amended petition is not viable. Thus, the government is therefore **ORDERED** to respond to Defendant's motion, (Doc. 87), by June 30, 2023. Upon filing of the government's opposition, Defendant will have 30

days to file a reply.  As stated in the Order to Show Cause, any further status updates must be filed on the docket.

IT IS SO ORDERED.

Dated:   **May 1, 2023**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE